UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PAYMENT CARD INTERCHANGE FEE AND
MERCHANT DISCOUNT ANTITRUST LITIGATION  MDL No. 1720

ORDER REASSIGNING LITIGATION

The Eastern District of New York has notified the Panel of the need to reassign the actions in the above litigation to another judge in that district.

IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is reassigned to the Honorable Margo K. Brodie for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL

_____
Sarah S. Vance
Chair