**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This document relates to:<br><br>*Visa U.S.A. Inc., et al. v. Wal-Mart Stores Inc.*, No. 13-cv-03355 (E.D.N.Y.) (MKB) (JO).<br><br>*Wal-Mart Stores, Inc., et al. v. Visa U.S.A. Inc.*, No. 14-cv-02318 (E.D.N.Y.) (MKB) (JO). | Case No.: 05-MD-01720 (MKB) (JO) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 7, 2017 Order, the parties to *Visa U.S.A. Inc., et al. v. Wal-Mart Stores Inc.*, No. 13-cv-03355 (E.D.N.Y.) (the "Visa Action") and *Wal-Mart Stores, Inc., et al. v. Visa U.S.A. Inc.*, No. 14-cv-02318 (E.D.N.Y.) (the "Wal-Mart Action") submit this Joint Status Report. The parties continue to engage in settlement discussions and agree that continuing the stays in the Visa Action and the Wal-Mart Action for 45 days would facilitate those discussions and avoid potentially unnecessary discovery. Concurrently with the filing of this joint status report, the parties are filing a second Stipulation and Proposed Order to continue those stays, which the parties respectfully request the Court to so-order.

Dated: New York, New York
September 22, 2017

Respectfully submitted,

HOLWELL SHUSTER & GOLDBERG LLP

By: */s/ Demian A. Ordway*
Michael S. Shuster
Demian A. Ordway
125 Broad Street, 39th Floor
New York, NY   10004
(646) 837-5151
rholwell@hsgllp.com
mshuster@hsgllp.com

ARNOLD & PORTER KAYE SCHOLER LLP

Robert C. Mason
250 West 55th Street
New York, NY   10019
(212) 836-8000
robert.mason@apks.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA   94111
(415) 471-3100
robert.vizas@apks.com

Mark R. Merley
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC   20001
(202) 942-5000
mark.merley@apks.com
matthew.eisenstein@apks.com

*Attorneys for Visa U.S.A. Inc., Visa Inc., and Visa International Service Association*

SUSMAN GODFREY L.L.P.

By: */s/ Drew Hansen*
    Stephen Shackelford, Jr.
    Arun Subramanian
    Mark Hatch-Miller
    Cory Buland (CB8524)
    1301 Avenue of the Americas, 32 FL
    New York, NY 10019
    Telephone: (212) 336-8330
    Fax: (212) 336-8340
    sshackelford@susmangodfrey.com
    asubramanian@susmangodfrey.com
    mhatch-miller@susmangodfrey.com
    cbuland@susmangodfrey.com

    Neal Manne (*Pro Hac Vice Pending*)
    Bar No. 12937980 (TX)
    1000 Louisiana Suite 5100
    Houston, TX 77002-5096
    Telephone: (713) 651-9366
    Fax: (713) 654-6666
    nmanne@susmangodfrey.com

    Drew Hansen (*Pro Hac Vice* Pending)
    Bar No.: 30467 (WA)
    1201 Third Avenue Suite 3800
    Seattle, WA 98101
    Telephone: (206) 516-3880
    Fax: (206) 516-3883
    dhansen@susmangodfrey.com

DOWD BENNETT LLP

    James F. Bennett
    John D. Comerford
    7733 Forsyth Boulevard, Suite 1900
    St. Louis, MO 63105
    (314) 889-7300
    jbennett@dowdbennett.com
    jcomerford@dowdbennett.com

*Attorneys for Wal-Mart*