UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>**This Document Relates to:**<br><br>*Wal-Mart Stores, Inc., et al. v. Visa U.S.A. Inc., et al.*, No. 14-cv-02318 (E.D.N.Y.) (MKB) (JO). | No. 05-md-01720 (MKB) (JO)<br><br>**PLAINTIFFS' STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS** |

  WHEREAS plaintiffs Wal-Mart Stores, Inc., Wal-Mart Stores Texas, LLC, Wal-Mart Stores East, LP, Wal-Mart Stores East, LLC, Wal-Mart Louisiana, LLC, Wal-Mart Stores Arkansas, LLC, Sam's West, Inc., Sam's East, Inc., Wal-Mart.com USA, LLC, Vudu, Inc., Inkiru, Inc., Ozark Spirits, LLC, Green River Spirits, LLC, and Quality Licensing Corp. (collectively the "Plaintiffs"), which are all of the plaintiffs in the action *Wal-Mart Stores, Inc., et al. v. Visa U.S.A. Inc., et al.*, No. 14-cv-02318 (E.D.N.Y.), which action is included in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-md-01720 (E.D.N.Y.), having fully settled all of their claims against all of the defendants in the *Wal-Mart Stores* action, Visa U.S.A. Inc., Visa International Service Association, Visa Inc., Visa Europe Limited, and Visa Europe Services, Inc. (collectively the "Visa Defendants"), by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a), that Plaintiffs' claims and action against the Visa Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs.

  Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims and action of the Plaintiffs be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated:  November 2, 2017.

                                   **DOWD BENNETT LLP**

                                   By:  /s/ James F. Bennett
                                   James F. Bennett
                                   John D. Comerford
                                   7733 Forsyth Blvd., Suite 1900
                                   St. Louis, MO  63105
                                   (314) 889-7300
                                   jbennett@dowdbennett.com

                                   **SUSMAN GODFREY L.L.P.**

                                   Neal S. Manne
                                   1000 Louisiana, Suite 5100
                                   Houston, TX  77002-5096
                                   (713) 651-9366
                                   nmanne@susmangodfrey.com

                                   Drew D. Hansen
                                   1201 Third Avenue, Suite 3800
                                   Seattle, WA  98101-3880
                                   (206) 516-3880
                                   dhansen@susmangodfrey.com

                                   Arun Subramanian
                                   Stephen Shackelford
                                   Cory Buland
                                   560 Lexington Avenue, 15th Floor
                                   New York, NY  10022-6828
                                   asubramanian@susmangodfrey.com
                                   sshackelford@susmangodfrey.com
                                   cbuland@susmangodfrey.com

                              *Attorneys for Plaintiffs Wal-Mart Stores, Inc., Wal-Mart Stores Texas, LLC, Wal-Mart Stores East, LP, Wal-Mart Stores East, LLC, Wal-Mart Louisiana, LLC, Wal-Mart Stores Arkansas, LLC, Sam's West, Inc., Sam's East, Inc., Wal-Mart.com USA, LLC, Vudu, Inc., Inkiru, Inc., Ozark Spirits, LLC, Green River Spirits, LLC, and Quality Licensing Corp.*

2

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ Robert Mason
Robert C. Mason
250 West 55th Street
New York, NY 10019
(212) 836-8000
robert.mason@apks.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111

Mark R. Merley
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC 20001

**HOLWELL SHUSTER & GOLDBERG LLP**

Michael S. Shuster
Demian A. Ordway
750 Seventh Avenue, 26th Floor
New York, NY 10019
(646) 837-5151
mshuster@hsgllp.com

*Attorneys for Defendants Visa U.S.A. Inc., Visa International Service Association, Visa Inc., Visa Europe Limited, and Visa Europe Services Inc.*

SO ORDERED:
s/ MKB 3/11/2017
_____
MARGO K. BRODIE
United States District Judge

3